IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 4:21-CV-01099-BSM**

**DEPARTMENT OF TREASURY;**
**INTERNAL REVENUE SERVICE**                                                   **DEFENDANTS**

## ORDER

Terry McCoy has received at least three strikes under PLRA. *See McCoy v. Gorman*, 4:19-cv-00904-JM (E.D. Ark.); *McCoy v. Baker*, 4:21-cv-00560-LPR (E.D. Ark.); *McCoy v. Bureau of Democracy*, 4:21-cv-00699-BRW (E.D. Ark.). Based on the allegations in his complaint [Doc. No. 1], it does not appear that McCoy is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If McCoy would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and the case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the motion and full payment, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2021.

                                                                    /s/ Brian S. Miller
                                                                    UNITED STATES DISTRICT JUDGE